RECEIVED

SEP 1 9 2024

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**_____Civil_ DIVISION**

Sumlin JR, Clarence J                   )
                                        )
                                        )
                                        )
  Plaintiff(s),                         )
                                        )
v.                                      )        Case No. _____
                                        )           (to be assigned by Clerk of District Court)
The City of St. Louis                   )
                                        )
                                        )
                                        )        JURY TRIAL DEMANDED
                                        )
                                        )        YES ✓    NO ___
                                        )
Defendant(s).  (Enter above the full name(s)    )
of all defendants in this lawsuit. Please       )
attach additional sheets if necessary.)         )

## EMPLOYMENT DISCRIMINATION COMPLAINT

1.    This employment discrimination lawsuit is based on (check only those that apply):

✓    Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin. **NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____    Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older). **NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

____    Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability. **NOTE**: *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

**NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

____ Other (Describe)

## PARTIES

2.    Plaintiff's name: Clarence J Sumlin JR

Plaintiff's address: 1900 PINE ST APT 316
_____
Street address or P.O. Box

St. Louis, St Louis City, MO, 63103
_____
City/ County/ State/Zip Code

618-670-0363
_____
Area code and telephone number

3.    Defendant's name: The City of St Louis (Forestry Division)

Defendant's address: 1415 N 13th St
_____
Street address or P.O. Box

St. Louis, St. Louis City, MO, 63106
_____
City/County/State/ Zip Code

314-613-7205
_____
Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

2

4.      If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

Not Applicable
_____
(Street Address)                    (City/County)                    (State)   (Zip Code)

5.      When did the discrimination occur?  Please give the date or time period:

February 2024
_____

## ADMINISTRATIVE PROCEDURES

6.      Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

☐ Yes     Date filed: _____

☑ No

7.      Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

☑ Yes     Date filed: 06/05/2024 _____

☐ No

8.      Have you received a Notice of Right-to-Sue Letter?

☑ Yes                              ☐ No

If yes, please attach a copy of the letter to this complaint.

9.      If you are claiming age discrimination, check one of the following:

_____60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

_____fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

3

## NATURE OF THE CASE

10.    The conduct complained of in this lawsuit involves (check only those that apply):

_____ failure to hire me

_____ termination of my employment

_____ failure to promote me

_____ failure to accommodate my disability

_____ terms and conditions of my employment differ from those of similar employees

__✓__ retaliation

__✓__ harassment

__✓__ other conduct (specify):

Discrimination based on sex (male)

Did you complain about this same conduct in your charge of discrimination?

__✓__Yes                              _____ No

4

11.     I believe that I was discriminated against because of my (check all that apply):

_____   race

_____   religion

_____   national origin

_____   color

✓       gender

_____   disability

_____   age (birth year is:     _____)

_____   other:

Did you state the same reason(s) in your charge of discrimination?

✓ Yes                              _____ No

12.     State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful.  It is not necessary to make legal arguments, or to cite cases or statutes.

As an African American male, I am aware that the employer recognizes my protected classes. Despite being in good standing, I faced discriminatory treatment in addition to an unprofessional and sometimes hostile work environment. I wrote a complaint letter to the Director and Commissioner of Forestry last year (May of 2023) regarding work conditions and I suggested position realignment. Those concerns and suggestions were not addressed and no solution was meet. The following months after the letter, I endured increased scrutiny over my work in retaliation to the letter, a lower-than-expected performance rating and other forms of discrimination as time went on.

(Continue to page 6, if additional space is needed.)

5

Later in February of 2024, with months of continued harassment and pressure to complete others workloads I protested the continued abuse. That protest resulted in me getting a verbal warning. A meeting with the commissioner of forestry, as well as the labor supervisor, followed the protest a couple of days later. To this present day there have been no actions or remedies to rectify my concerns. My Supervisor (Forestry Executive Assistant II) for months now, has singled me out and treated me unfavorably. Emotiotnal distress are the injuries suffered from the unfair treatment and work environment.

(Attach additional sheets as necessary).

6

13.   The acts set forth in paragraph 12 of this complaint:

☐  are still being committed by the defendant.

☐  are no longer being committed by the defendant.

☑  may still be being committed by the defendant.

## REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you.  Make no legal arguments;

cite no cases or statutes.

```
Plaintiff respectfully requests that this Court grant the
following relief: Compensatory damages, Punitive damages,
Declaratory relief and Court Cost.  See attachment for additional
information
```

14.   Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

**Prayer for Relief**

Wherefore, Plaintiff respectfully requests that this Court grant the following relief:

1. **Compensatory Damages**: Plaintiff seeks compensatory damages due to the actions of the employer, which have discouraged continued employment under the current management. One of the primary reasons for accepting this position was its eligibility for student loan forgiveness. However, due to the discrimination experienced, Plaintiff can no longer fulfill the requirements for loan forgiveness with this department. Despite the change in management and lack of employee protection, Plaintiff believes compensation is owed for the inability to obtain loan forgiveness. Plaintiff seeks a relief amount of $218,340.00 for this loss, in addition to $500,000.00 for emotional distress.
2. **Punitive Damages**: Plaintiff seeks punitive damages due to the lack of resolution from the appropriate authorities, including the commissioner, director, and personnel, despite addressing the issues. The discriminatory actions continued, leaving Plaintiff unprotected and undervalued. Plaintiff seeks punitive damages in the amount of $100,000.00.
3. **Declaratory Relief**: Plaintiff seeks a declaration that Defendant's actions were unlawful and violated Plaintiff's rights.
4. **Attorney's Fees and Costs**: Plaintiff seeks relief for the court fees and costs incurred in bringing this action.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _17th_ day of _September_, 20 24.

Signature of Plaintiff _____

8